119 F.3d 795
 Maria-Kelley F. YNIGUEZ; Jaime P. Gutierrez, Plaintiffs-Appellees,
and
State of Arizona; Rose Mofford; Robert Corbin, et al.,
Defendants-Appellees,
v.
ARIZONANS FOR OFFICIAL ENGLISH; Robert D. Park,
Intervenors-Defendants-Appellants.
Maria-Kelley F. YNIGUEZ, Plaintiff-Appellee,
v.
STATE OF ARIZONA; Rose Mofford; Robert Corbin, et al.,
Defendants-Appellants.
 Nos. 92-17087, 93-15061 and 93-15719.
 United States Court of Appeals,
Ninth Circuit.
 July 18, 1997.
 
 On Remand from the United States Supreme Court.
 Before FLETCHER, REINHARDT and O'SCANNLAIN, Circuit Judges.
 
 ORDER
 
 1
 This case is remanded to the district court with instructions to dismiss, in accordance with Arizonans for Official English v. Arizona, --- U.S. ----, 117 S.Ct. 1055, 137 L.Ed.2d 170 (1997). The pending attorneys fees request is also remanded to the district court for appropriate action.